UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LUCE & SONS, INC., a Nevada corporation, | ) ) ) | 3:11-cv-00164-HDM-RAM |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| CLASSIC WINES OF CALIFORNIA, a California corporation; and ROES 1 through 5, | ) ) ) ) | |
| Defendants. | ) ) | |

Before the court is plaintiff's motion for attorney's fees (#33). Defendant opposed (#35) and plaintiff replied (#39). On June 3, 2011, this court entered an order remanding this action to state court (#23). Thereafter, defendant appealed this court's order to remand. *See* (#25). The Ninth Circuit Court of Appeals dismissed defendant's appeal (Ninth Circuit Court of Appeals Case No. 11-16422, #8). Plaintiff filed a motion for attorney's fees based on the dismissed appeal (Case No. 11-16422, #11). The Ninth Circuit has not ruled on that motion. *See* (Case No. 11-16422, #20).

1

1 | The issues raised in plaintiff's pending motion for attorney's fees in the Ninth Circuit Court of Appeals may impact this court's disposition of its pending motion for attorney's fees. Accordingly, this action is stayed pending a final decision of Ninth Circuit Court of Appeals in Case No. 11-16422.  Either party may petition the court to reopen this action after a final decision has been rendered by the Ninth Circuit.  The clerk of the court is directed to administratively close this action until further order of the court.

**IT IS SO ORDERED.**

DATED: This 21st day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

2