**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LUCE & SONS, INC., a Nevada corporation, | ) ) ) | 3:11-cv-00164-HDM-RAM |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| CLASSIC WINES OF CALIFORNIA, a California corporation; and ROES 1 through 5, | ) ) ) ) | |
| Defendants. | ) ) | |

Before the court is plaintiff's motion for attorney's fees (#33). Defendant opposed (#35) and plaintiff replied (#39). On June 3, 2011, this court entered an order remanding this action to state court (#23). Thereafter, defendant appealed this court's order to remand. *See* (#25). The Ninth Circuit Court of Appeals dismissed defendant's appeal (Ninth Circuit Court of Appeals Case No. 11-16422, #8). Plaintiff filed a motion for attorney's fees based on the dismissed appeal (Case No. 11-16422, #11). The Ninth Circuit has not ruled on that motion. *See* (Case No. 11-16422, #20).

1

1  The issues raised in plaintiff's pending motion for attorney's
2 fees in the Ninth Circuit Court of Appeals may impact this court's
3 disposition of its pending motion for attorney's fees.
4 Accordingly, this action is stayed pending a final decision of
5 Ninth Circuit Court of Appeals in Case No. 11-16422.  Either party
6 may petition the court to reopen this action after a final decision
7 has been rendered by the Ninth Circuit.  The clerk of the court is
8 directed to administratively close this action until further order
9 of the court.

10 **IT IS SO ORDERED.**

11 DATED: This 21st day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

2